UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO SUAREZ AGUILAR,<br><br>           Petitioner,<br><br>      v.<br><br>JOHN DOE, Warden, California City Corrections Center; JOHN DOE, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>           Respondents. | No. 1:25-cv-01742-KES-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 10 |

Petitioner Hilario Suarez Aguilar is an immigration detainee proceeding with a petition for writ of habeas corpus. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be granted with respect to petitioner's statutory claim, and that respondents be directed to provide petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). Doc. 9. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within five (5) days of service. *Id.* at 11.

1

On February 6, 2026, respondents filed a two-sentence objection to the findings and recommendations, stating that they "object to the recommendation to grant the petition for the same reasons set forth in Respondents' Opposition . . . and submit on that prior filing." Doc. 10.[1] Petitioner has not filed any objections.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 6, 2026, Doc. 10, are adopted in full;

2. The petition for writ of habeas corpus is GRANTED;

3. Within seven (7) days of this Order, respondents shall either (1) provide petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a), or (2) release petitioner under reasonable conditions of supervision; and

4. The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:    February 7, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] Respondents did not make any new arguments or address any specific portion of the findings and recommendations in their objections. *See* Doc. 10.

2